IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.                                                        CRIMINAL NO.: 3:23cr-63-TSL-LGI

CHRISTIAN LEE DEDMON
HUNTER THOMAS ELWARD
DANIEL READY OPDYKE

## **DETENTION ORDER**

On August 3, 2023, the above-named defendants appeared before the Court for an initial appearance/arraignment on an Information filed July 31, 2023. Each Defendant, being fully advised by the Court of his right to a detention hearing, confessed detention and executed a Waiver of Detention in open court.

IT IS, THEREFORE, ORDERED that each defendant is remanded to the custody of the U.S. Marshals Service pending a final disposition.

ORDERED this the 4th day of August, 2023.

UNITED STATES MAGISTRATE JUDGE